PETER  S.  MOORE, RESPONDENT, v.  DAVID  H.  BIXBY,
APPELLANT.

*Statute of frauds — delivery of personal property.*

Mere words are not sufficient to constitute a delivery of personal property. (*Good* v. *Curtiss*, 31 How. Pr., 4; *Shindler* v. *Houston*, 1 N. Y., 261–265; *Caulkins* v. *Hellman*, 47 id., 449.)*

APPEAL from a judgment in favor of plaintiff, entered upon the report of a referee, in an action on an account.

*E. H. Prindle*, for the appellant.

*George A. Haven*, for the respondent.

Opinion by BOARDMAN, J.

Present — LEARNED, P. J., BOARDMAN and JAMES, JJ.

Judgment reversed, and new trial granted, costs to abide event, and referee discharged.